**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CARRIE DAVIS** | : | |
| | : | **CASE NO. 1:24-CV-0056** |
| **PLAINTIFF,** | : | |
| | : | |
| **VS.** | : | **JUDGE MATTHEW J. McFARLAND** |
| | : | |
| **COLERAIN TOWNSHIP, et al.** | : | |
| | : | |
| **DEFENDANTS.** | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. 41 (a)(1)(A)(ii), the parties hereby stipulate that this action and Defendants, Colerain Township, Colerain Township Board of Trustees, and Edwin Cordie, III, are all dismissed *with prejudice* in this action with the parties to bear their own costs.

It is so **stipulated**.

| | |
|---|---|
| **/s/ Matt Miller-Novak** (per 4/8/2024 email authority) | **/s/ Scott A. Sollmann** |
| Matt Miller-Novak, Esq. (OH #0091402) | Scott A. Sollmann, Esq. (OH #0081467) |
| Barron, Peck, Bennie, & Schlemmer, Co. LPA | SCHROEDER, MAUNDRELL, BARBIERE & POWERS |
| 3074 Madison Road | 5300 Socialville Foster Road, Suite 200 |
| Cincinnati, OH 45209 | Mason, OH 45040 |
| 513-721-1350 | 513-707-4249 |
| 513-721-5029 facsimile | 513-583-4203 facsimile |
| mmn@bpbslaw.com | ssollmann@smbplaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**/s/ Robert Thompson** (per 4/8/2024 email authority)
Robert Thompson, Esq. (OH #0098126)
Thompson Legal, LLC
Columbia Plaza, 250 E. 5th Street, 15th Floor
Cincinnati, OH 45202
513-780-5985
513-780-5988 facsimile
robert@rthompsonlegal.com
*Counsel for Plaintiff*